IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )    Case №: 5:26-mj-00022-1 CDB

         Plaintiff,    )

            )    **O R D E R**
**APPOINTING COUNSEL**

        vs.    )

MARTIN SALAZAR,    )

         Defendant.    )

The above-named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Roger H. Ponce be appointed to represent Defendant in this case effective *nunc pro tunc* to June 3, 2026, for the initial appearance/arraignment only.

IT IS SO ORDERED.

Dated:   **June 16, 2026**                     _____

                                            UNITED STATES MAGISTRATE JUDGE